# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | **ORDER** |
| Elephant Tax Return | ) | |
| 4315 9th Avenue West, Suite 427 | ) | |
| Williston, North Dakota 58801 | ) | Case No.  1:18-mj-74 |

Before the court is the Government's Motion to Seal Search Warrant and Attachments. The Government avers that public disclosure of this search may compromise an ongoing criminal investigation.

Having reviewed the Government's motion, the court concludes that the Government's concerns outweigh the public's right to access this information.  Accordingly the court **GRANTS** the Government's motion (Docket No. 4).  All materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return, and the Government's motion shall remain sealed until September 21, 2018, at which time this matter shall be unsealed without further of the court.

**IT IS SO ORDERED.**

Dated this 24th day of May, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court